**No. 09-8947. Alice Richards-Johnson, Petitioner v. American Express.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4634.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1051, 130 S. Ct. 2347, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3079.

**No. 09-9075. Dennis A. Ball, Petitioner v. Carol L. Ball, et al.; and Dennis Andrew Ball, Petitioner v. Arthur Paul Blunt, et al.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4659.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1074, 130 S. Ct. 2105, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3436.

**No. 09-9109. Benny Lee Hodge, Petitioner v. Philip Parker, Warden.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4668.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1075, 130 S. Ct. 2107, 176 L. Ed. 2d 736, 2010 U.S. LEXIS 3435.

**No. 09-9145. Theodore Shove, Petitioner v. Robert K. Wong, Warden.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4629.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1094, 130 S. Ct. 2373, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3505.

**No. 09-9155. Raymond Semler, Petitioner v. Cal Ludeman, et al.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4615.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1053, 130 S. Ct. 2352, 176 L. Ed. 2d 569, 2010 U.S. LEXIS 2941.

**No. 09-9230. Gerard D. Grandoit, Petitioner v. Liberty Mutual Insurance Company.**

560 U.S. 961, 130 S. Ct. 3407, 177 L. Ed. 2d 319, 2010 U.S. LEXIS 4636.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3612.